DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARMONY TERRACE CONDOMINIUM ASSOCIATION, INC.,**
Appellant,

v.

**NATIONSTAR MORTGAGE, LLC, ET AL.,**
Appellees.

No. 4D21-1155

[June 9, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE18-028391.

Beth G. Lindie and Jeremy M. Zubkoff of Esler & Lindie, P.A., Fort Lauderdale, for appellant.

David Rosenberg of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***